United States District Court
District of New Jersey

UNITED STATES OF AMERICA  :  Hon. Madeline Cox-Arleo

                          :

v.                        :  Magistrate No. 10-8196

                          :

CHRISTOPHER JOHNSON and   :

JOHANNY YSLES             :  Criminal Complaint

I, Rich Jones, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. From at least on or about August 24, 2010 through on or about August 30, 2010, in the District of New Jersey, and elsewhere, defendants CHRISTOPHER JOHNSON and JOHANNY YSLES:

> did knowingly and intentionally conspire and agree with one another and others to import into the United States from a place outside thereof, namely, Santo Domingo, Dominican Republic, a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 952(a) and 960(b)(3),

in violation of Title 21, United States Code, Section 963.

I further state that I am a Special Agent with the Department of Homeland Security, Bureau of Immigration and Customs Enforcement and that this complaint is based on the following facts:

SEE ATTACHMENT A

_____
Rich Jones
Special Agent
Department of Homeland Security
Bureau of Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

August 30, 2010                    at        Newark, New Jersey
Date                                         City and State

Hon. Madeline Cox-Arleo                      _____
United States Magistrate Judge               Signature of Judicial Officer

ATTACHMENT A

I, Rich Jones, am a Special Agent of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement. Based upon my investigation and my discussions with other individuals involved in this investigation, I have knowledge of the facts set forth below. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included every detail of the investigation. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part.

1. On or about August 24, 2010, a separately-charged individual (Co-Conspirator #1) arrived at Newark Liberty International Airport as a passenger traveling on board a commercial flight, which had departed from Santo Domingo, Dominican Republic.

2. During the Customs inspection and interview process, it was discovered that Co-Conspirator #1 had knowingly ingested approximately 390 grams of cocaine.

3. During post-arrest investigation of Co-Conspirator #1, law enforcement discovered that an uncharged individual (Co-Conspirator #2) had purchased commercial airline tickets on a commercial flight from the United States to Santo Domingo, Dominican Republic for defendants CHRISTOPHER JOHNSON and JOHANNY YSLES.

4. On or about August 30, 2010, defendants CHRISTOPHER JOHNSON and JOHANNY YSLES arrived at John F. Kennedy International Airport in Queens, New York as passengers traveling on board a commercial flight, Jet Blue 820, which had departed from Santo Domingo, Dominican Republic.

5. Subsequent to their arrival, law enforcement discovered approximately 230 grams of a substance that appeared consistent with cocaine concealed on the persons of defendants CHRISTOPHER JOHNSON and JOHANNY YSLES. Field testing of this substance indicated a positive result for the presence of cocaine.

6. During post-arrest interviews, defendants CHRISTOPHER JOHNSON and JOHANNY YSLES each stated that they agreed to act as couriers to import a controlled substance from the Dominican Republic into the United States in exchange for U.S. currency.

7. Defendant CHRISTOPHER JOHNSON further stated that he personally knows Co-Conspirator #1 and knows of Co-Conspirator #1's involvement in the scheme to import controlled substances into the United States.