# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

CHRISTOPHER JOHNSON

: MAGISTRATE JUDGE: ___Madeline Cox Arleo, U.S.M.J.___

: MAGISTRATE NO.: ___2:10-MJ-8196___

: DATE OF PROCEEDINGS: ___9/1/2010___

: DATE OF ARREST: ___8/30/2010___

PROCEEDINGS: ___INITIAL APPEARANCE___

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL: ___ AFPD  __X__ CJA
(X) WAIVER OF HRG.: __X__ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(X) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
      BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: $100,000
      (X) UNSECURED BOND
      ( ) SURETY BOND SECURED BY CASH / PROPERTY
(X) TRAVEL RESTRICTED NJ & NY
(X) REPORT TO PRETRIAL SERVICES
(X) DRUG TESTING AND/OR TREATMENT
(X) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
      ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: ___ COURT ___ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA ___RANDY COOK, AUSA (David Foster, Today Only)___

DEFT. COUNSEL ___PASQUALE F. GIANNETTA, CJA___

PROBATION _____

INTERPRETER _____
            Language: (              )

Time Commenced: ___3:07 pm___
Time Terminated: ___3:10 pm___
CD No: ___10-08K___

___Kimberly Darling___
DEPUTY CLERK