AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ NEW JERSEY

UNITED STATES OF AMERICA

V.

CHRISTOPHER JOHNSON

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:   2:10-MJ-8196

I, _____ CHRISTOPHER JOHNSON _____ , charged in a  X complaint  ☐ petition

pending in this District _____ New Jersey _____

in violation of Title _____ 21 _____ , U.S.C., _____ 963 _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a         ☐ examination   X hearing   , do hereby waive (give up) my right to a inary  ☐ examination   X hearing.

_____
Defendant

9-1-10
_____
Date

_____
Counsel for Defendant