Fax from :                                      03-15-11 11:08a   Pg:   2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                :   Hon. Madeline Cox-Arleo

                    v.                  :   Magistrate No. 10-8196

CHRISTOPHER JOHNSON                      :   Continuance Order

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Randall H. Cook, Assistant U.S. Attorney) and defendant Christopher Johnson (by Pasquale Giannetta, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of his arrest pursuant to Title 18, United States Code, Section 3161(b), and three continuances having previously been approved in by the Court this matter, and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render indictment of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, on this 15 day of March 2011,

IT IS ORDERED that this action be, and hereby is, continued from March 15, 2011 through May 15, 2011; and it is further

ORDERED that the period from March 15, 2011 through May 15, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
Hon. Madeline Cox-Arleo
United States Magistrate Judge

Form and entry
consented to:

_____
Randall H. Cook
Assistant U.S. Attorney

_____
Pasquale Giannetta, Esq.
Counsel for defendant Christopher Johnson

- 2 -