2011R00029/RHC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 11-506 |
| | : | |
| v. | : | 21 U.S.C. § 963 |
| | : | |
| | : | |
| CHRISTOPHER JOHNSON | : | I N F O R M A T I O N |

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From at least on or about August 24, 2010 through on or about October 25, 2010, at Newark Liberty International Airport, in the District of New Jersey, and elsewhere, defendant

CHRISTOPHER JOHNSON

did knowingly and intentionally conspire with Arturo Marin, Johanny Ysles, Kingsley Roderick Mattis, and others to import into the United States from a place outside thereof, namely, Santo Domingo, Dominican Republic, a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 952(a) and 960(b)(3).

In violation of Title 21, United States Code, Section 963.

PAUL J. FISHMAN
United States Attorney

CASE NUMBER:_____

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

## v.

## CHRISTOPHER JOHNSON

# INFORMATION FOR

21 U.S.C. § 963

PAUL J. FISHMAN

*U.S. ATTORNEY*

*NEWARK, NEW JERSEY*

RANDALL H. COOK

ASSISTANT U.S. ATTORNEY

973-297-2064