UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 11-506 |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER JOHNSON | : | **WAIVER OF INDICTMENT** |

I, Christopher Johnson, the above-named defendant, who is charged with:

knowingly and intentionally importing into the United States from a place outside thereof, namely, Santo Domingo, Domingo Republic, a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 952(a) and 960(b)(3), in violation of Title 21, United States Code, Section 963,

being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on July 27, 2011 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

7/27/11

_____
Katharine S. Hayden, 4505

_____
Christopher Johnson
Defendant

_____
Pasquale Giannetta, Esq.
Counsel for Defendant