**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**


**NEWARK**                                                   **DATE: 7/27/11**

**JUDGE:       HAYDEN**

                                                             **CASE: 11-506**

**COURT REPORTER:   John Stone**

**Deputy Clerk:  RoseMarie Guilloty**

**Title of Case:**

U.S.A.   v.  Christopher Johnston

**APPEARANCES:**

Pasquale Giannetta, Esq
Randall Cook, AUSA

**Nature of proceedings:      Plea to information**

Deft. Sworn.
Deft pled guilty to Count One of the information.
Waiver of Indictment executed and filed.
Information filed.
Rule 11 form filed.
Plea agreement filed.
ORDERED sentence date set for 11/17/11 at 3:00.

ORDERED deft's bail continued.

Time: 1:00


*RoseMarie Guilloty*
**RoseMarie Guilloty, Deputy Clerk**

cc: chambers