**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

NEWARK                                          DATE: 1/23/12

*JUDGE: HAYDEN*                                 *Docket# 11-490*

COURT REPORTER: Walter Perelli

DEPUTY CLERK: RoseMarie Guilloty

*Title of Case:*

U.S.A.  v. Johanny Ysles

*Appearances:*

Randal Cook, AUSA
Alexander Jardines, Esq.

*Nature of proceedings*: SENTENCE

Interpreter sworn: Irene Gosnear.
Defendant is sentenced 3 years probation.
Standard conditions: Defendant shall not commit another federal, state or local crime, etc.
Special conditions: obtain GED, etc.; participate in mental health testing and treatment.
Recommendations:
Restitution: n/a
Fine: waived
Special Assessment: 100.00

Updated report to be provided to the court in one year as to the defendant's progress of obtaining her GED while on probation.

Time in court: 1:00

cc: chambers                    _RoseMarie Guilloty_____
                                RoseMarie Guilloty, Deputy Clerk