PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christopher Johnson                      Cr.:11-CR-00506
                                                           PACTS Number: 59042

Name of Sentencing Judicial Officer: The Honorable Katharine S. Hayden, Senior US District Court Judge

Date of Original Sentence: 1/23/13

Original Offense: Conspiracy to Import Cocaine

Original Sentence:  Three-year-term of probation; $100 special assessment; alcohol/drug testing/treatment.

Type of Supervision: Probation                      Date Supervision Commenced: 1/23/13

## PETITIONING THE COURT

[  ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows.  The addition of the following special condition(s):

COMMUNITY SERVICE   (100 hours over the course of the remainder of his probation term)

You shall contribute 100 hours of community service work before the termination of your probation on January 22, 2015.  Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On March 23, 2013, the offender was arrested for Aggravated Unlicensed Operation of a Motor Vehicle in violation of Vehicle and Traffic Law 511, a Class A Misdemeanor.  At the time of arrest, the offender had ten motor vehicle suspensions.

Respectfully submitted,

                                    Maureen
By:  Suzanne J. Golda Kelly
     U.S. Probation Officer
Date:  05/20/13

THE COURT ORDERS:
[X]  The Modification of Conditions as Noted Above
[  ] Submission of a Request for Warrant or Summons
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

5/20/13
Date